No. 5298.—Santiago A. Panzardi, Ltd., aplda., *v.* Cres-

CIONI ET AL., apltes.—C. D. San Juan. ▬▬▬▬▬
Abril 29, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No habiendo hecho la parte apelante gestión alguna desde el 28 de febrero último para tramitar este recurso, debemos desestimar y desestimamos esta apelación, como solicita la parte contraria.